# **EXHIBIT 1**

Colorado Department of Regulatory Agencies – Public Utilities Commission
4 Code of Colorado Regulations (CCR) 723-3; Part 3 – Rules Regulating Electric Utilities (Sections 3900-3953)

Effective January 30, 2017, Electric, Low-Income Assistance Rules amended in [Proceeding No. 16R-0607EG](#).
Effective May 15, 2016: Electric & Renewable Energy Standard Rules amended in [Proceeding No. 15R-0699E](#).
Effective April 14, 2016: Best Value Employment Rules amended in [Proceeding No. 15R-0325E](#).
Effective September 30, 2015: Data Access-Data Privacy Rules amended in [Proceeding No. 14R-0394EG](#).
Effective February 14, 2014, Medical Exemption Rules adopted in [Proceeding No. 13R-0747E](#).
Effective January 14, 201, Solar Garden Rules amended in [Proceeding No. 10R-674E](#).
Effective October 30, 2011:  Electric Resource Planning Rules amended in [Proceeding No. 11R-416E](#).
Effective June 14, 2011: Electric Transmission Facilities Planning Rules amended in [Proceeding No. 10R-526E](#).

# COLORADO DEPARTMENT OF REGULATORY AGENCIES

# Public Utilities Commission

## 4 *CODE OF COLORADO REGULATIONS* (CCR) 723-3

### PART 3
### RULES REGULATING ELECTRIC UTILITIES

BASIS, PURPOSE, AND STATUTORY AUTHORITY. ................................................................................. 9

GENERAL PROVISIONS ............................................................................................................................ 9

    3000.    Scope and Applicability. ........................................................................................... 9

    3001.    Definitions. ............................................................................................................. 11

    3002.    Applications. ......................................................................................................... 14

    3003.    [Reserved]. ............................................................................................................ 18

    3004.    Disputes and Informal Complaints. ....................................................................... 18

    3005.    Records. ................................................................................................................ 19

    3006.    Annual Reports and Cooperative Electric Association Reports. .......................... 20

    3007.    [Reserved]. ............................................................................................................ 20

    3008.    Incorporation by Reference. ................................................................................. 21

CIVIL PENALTIES .................................................................................................................................... 21

    3009.    Definitions. ............................................................................................................. 21

    3010.    Regulated Electric Utility Violations, Civil Enforcement, and Enhancement of Civil Penalties. ................................................................................................................... 22

    3011. – 3024.    [Reserved] .................................................................................................. 24

CUSTOMER DATA ACCESS AND PRIVACY .......................................................................................... 24

    3025.    Scope and Applicability. ......................................................................................... 24

**3805.    Complaints, Penalties, and Revocation of Exemption.**

(a)     Pursuant to rules 1301 and 1302, a person (including without limitation anyone subject to a master meter) may make an informal complaint to the External Affairs section of the Commission or may file a formal complaint with the Commission with the respect to an alleged violation of rules 3803 and 3804.

(b)     As a result of a complaint or on its own motion, the Commission will investigate complaints concerning MMOs.  If the Commission determines after investigation that an MMO has violated any of the requirements of rules 3803 and 3804, the MMO may have its exempt status revoked or may be subject to penalties as set forth in § 40-7-107, C.R.S., or both.

**3806. – 3899.    [Reserved].**

**SMALL POWER PRODUCERS AND COGENERATORS**

**3900.    Scope and Applicability.**

Rules 3900 through 3954 apply to utilities which purchase power from small power producers and cogenerators.  These rules also apply to small power producers and cogenerators which sell power to utilities.  However, for qualifying facilities with a nameplate rating of 10MW or less, to the extent that rules 3900 through 3954 are inconsistent with rule 3667, rule 3667 shall control.

**3901.    Definitions.**

The following definitions apply to rules 3900 through 3954, except where a specific rule or statute provides otherwise.  In addition to the definitions stated here, the definitions found in the Public Utilities Law, in the Public Utility Regulatory Policies Act of 1978, and in the federal regulations which are incorporated by reference apply to these rules.  In the event of a conflict between these definitions and a statutory definition, the statutory definition shall apply.

(a)     "Avoided cost" means the incremental or marginal cost to an electrical utility of electrical energy or capacity, or both, which, but for the purchase of such energy and/or capacity from qualifying facility or qualifying facilities, the utility would generate itself or would purchase from another source.

(b)     "Qualifying facility" means any small power production facility or cogeneration facility which is a qualifying facility under federal law.

(c)     "Rate" means any price, rate, charge, or classification made, demanded, observed, or received with respect to the sale or purchase of electrical energy or capacity; any rule or practice respecting any such rate, charge, or classification; and any contract pertaining to the sale or purchase of electrical energy or capacity.

**3902.    Avoided Costs.**

(a)     Each utility shall pay qualifying facilities a rate for energy and capacity purchases based on the utility's avoided costs.

(b) Each electric utility shall file tariffs setting forth standard rates for purchases from qualifying facilities with a design capacity of 100 KW or less.

(c) A utility shall use a bid or an auction or a combination procedure to establish its avoided costs for facilities with a design capacity of greater than 100 KW.  The utility is obligated to purchase capacity or energy from a qualifying facility only if the qualifying facility is awarded a contract under the bid or auction or combination process.

(d) If a utility can demonstrate to the Commission that a qualifying facility should receive a different rate from that established by these rules, the Commission may authorize such.  The burden of establishing such different rate shall be on the utility, and the rate shall be based on the utility's system wide costing principles and other appropriate load and cost data.

(e) Nothing in this rule requires a utility to pay more than its avoided costs of energy and capacity, of energy, or of capacity for purchases from qualifying facilities.

**3903. Payment of Interconnection Costs.**

(a) Each qualifying facility shall pay the cost of interconnecting with an electric utility for purchases and sales of capacity and energy.  To the extent that interconnection costs can be determined in advance of interconnection, each electric utility shall establish the cost of interconnection for purchases of energy and capacity.  The interconnection costs shall be fair, reasonable, and nondiscriminatory to each qualifying facility.

(b) The utility and qualifying facility may agree to an installment payment arrangement for interconnection costs.

**3904. – 3909.    [Reserved].**

**3910. Standards for Operating Reliability and Safety.**

Rules 3910 through 3929 establish standards, as authorized by 18 C.F.R. § 292.308, to ensure the safe and reliable interconnected operations of qualifying facilities with utilities regulated by the Commission.

**3911. Responsibility of a Utility to Provide Quality Service.**

(a) A utility shall provide substantially the same quality of service to its customers and to the qualifying facility after interconnection of the qualifying facility as the utility provided prior to interconnection of the qualifying facility.  The interconnection of the qualifying facility to the utility shall not degrade the utility's quality of service to its other customers.  The qualifying facility shall pay for the interconnection facilities necessary to preserve the utility's quality of service to its other customers.

(b) At the request of a qualifying facility or a utility prior to interconnection, a utility may evaluate the quality of service to be provided to the qualifying facility.  The cost of conducting an evaluation shall be included as an interconnection cost of a qualifying facility.  The evaluation may be used for the following purposes:

(I) to estimate the effects of interconnection on the quality of service to be provided; and

(II) to establish the quality of service that a utility shall provide to a qualifying facility after interconnection.

(c) If the qualifying facility desires a superior quality of service to that established by an evaluation performed pursuant to paragraph (b) of this rule, any increased cost shall be an interconnection cost of the qualifying facility.

**3912.   Submission of Design Information by a Qualifying Facility.**

(a) This rule shall apply only to qualifying facilities with nameplate ratings greater than ten MW.  For facilities ten MW or less, see rule 3655.

(b) Any person seeking to establish interconnected operations as a qualifying facility shall provide to the utility with which it proposes to interconnect detailed design information of its proposed facilities at least 150 days prior to the proposed interconnection date.  At any time after submission of design information, the utility and the qualifying facility may agree to an interconnection date sooner than 150 days.  At the time it provides the detailed design information to the utility, the qualifying facility also shall provide the utility with a copy of all available manufacturers' literature for the equipment to be installed, including installation and operating instructions.

(c) The design information submitted by a qualifying facility shall be sufficient to enable a utility to assess the impact of the proposed interconnection on the utility's system, operating plans, and system expansion plans.

(d) Within 25 days after the receipt of design information, or such longer period as agreed by them, a utility shall notify a qualifying facility whether the design information is adequate or whether additional information is required.  If additional information is required, the utility shall specify in writing what additional information is needed; and the qualifying facility shall promptly submit the additional information.

**3913.   Conferences between a Utility and a Qualifying Facility.**

(a) This rule shall apply only to qualifying facilities with nameplate ratings greater than ten MW.  For facilities ten MW or less, see rule 3655.

(b) No later than 30 days after a qualifying facility has provided design information to a utility, the utility and the qualifying facility shall confer.

(c) At the conference, the utility shall provide the qualifying facility with the names of governmental agencies which have requirements (such as, without limitation, electrical codes, construction codes, sizing criteria, setback distances, physical clearances, protective devices, inspections, and grounding practices) regulating interconnection.

(d) At the conference, the utility shall inform the qualifying facility of these rules and of the system operation requirements and the safety standards and procedures (such as, without limitation, harmonic content for output voltage levels, recommended use of induction generators, line-commutated inverters, and reliable disconnection equipment) required for interconnection.

**3914. Establishment of Requirements for a Qualifying Facility.**

(a)  Within 25 days after submission of complete design information by a qualifying facility, a utility shall:

   (I)  establish written operations requirements for the qualifying facility so that interconnection with the qualifying facility will not cause abnormal operation of the utility's protective equipment; and

   (II)  inform the qualifying facility of the existing phase conductors and utility's requirements for system electrical phase sequence/rotation available to the qualifying facility and encourage the qualifying facility to use the existing phasing for the proposed interconnection. The utility shall inform the qualifying facility that any phase imbalances may affect the safety of the proposed service or neighboring customer's loads.

(b)  In the event that phased loadings of interconnection cause phase imbalances, the cost of equipment to correct the imbalances shall be an interconnection cost of the qualifying facility.

**3915. Compliance with Requirements and Rule Standards.**

(a)  No utility shall interconnect with a qualifying facility until the qualifying facility has established, to the satisfaction of the utility, that it has complied with the utility's requirements for interconnected operations and the standards established in rules 3910 through 3929.

(b)  When a qualifying facility determines that it has complied with all of the requirements of a utility and the standards established in these rules for interconnected operations, the qualifying facility shall give written notice of that fact to the utility. Within 25 days after receipt of that notice, the utility and the qualifying facility shall arrange for an onsite inspection of the qualifying facility. The utility shall inspect the facilities related to the qualifying facility's interconnection with the utility. The qualifying facility shall provide the personnel necessary to operate the facility in order to demonstrate to the utility the proper operation of the qualifying facility's equipment.

   (I)  If the utility determines from the inspection that the qualifying facility has complied with all of the requirements of the utility and the standards established in these rules, the utility shall certify in writing that the qualifying facility complies.

   (II)  If the utility determines that the qualifying facility has failed to comply with any requirement of the utility or any standard established in these rules, the utility shall notify the qualifying facility in writing of the requirements or standards that the qualifying facility must meet for interconnection. Upon compliance, the qualifying facility shall give written notice to the utility; and the parties shall proceed as provided in paragraph (b) of this rule.

(c)  When the qualifying facility has obtained compliance certification, the qualifying facility and the utility shall schedule a date for the initial energizing and start-up testing of the qualifying facility's generating equipment. The utility at its option may be present at this test.

   (I)  At the conclusion of the test, the utility shall certify in writing whether the qualifying facility may commence interconnected operations.

(II) If the qualifying facility fails the start-up test, the utility shall so notify the qualifying facility in writing and within five business days. When the qualifying facility has corrected the deficiencies, the parties shall schedule a new start-up test; and the parties shall proceed as provided in paragraph (c) of this rule.

(d) In the event of a disagreement between a qualifying facility and a utility regarding compliance by the qualifying facility with the utility's requirements or with the standards established in these rules or the qualifying facility's failure of the start-up test, either party may file with the Commission a petition for a declaratory order under paragraph 1304(j) seeking resolution of the disagreement.

(e) In the event that either party files a petition for a declaratory order, the Commission shall enter an order resolving the dispute. The qualifying facility or the utility shall comply with the Commission's order prior to interconnection.

**3916. Code Certification by a Qualifying Facility.**

(a) A qualifying facility shall provide a utility with certification that it has complied with all applicable governmental codes (such as, without limitation, National Electric Safety Code, National Electrical Code as currently adopted by the State Electrical Board, and construction codes as currently adopted by local jurisdictional government).

(b) A qualifying facility shall obtain all necessary certifications at its own cost.

**3917. Utility Access to Premises of a Qualifying Facility.**

(a) A utility shall have access to a qualifying facility prior to construction to determine if minimum setback distances and physical clearances will be met for the safety of the utility's equipment. The cost of said inspection shall be included as an interconnection cost of the qualifying facility.

(b) A utility shall have access to a qualifying facility to repair, to maintain, or to retrieve any of the utility's equipment affected by a failure of the utility's or qualifying facility's equipment.

(c) A utility shall have access to a qualifying facility to conduct an inspection for the purpose stated in paragraph 3921(d).

(d) A utility shall have access to a qualifying facility to conduct an inspection pursuant to the procedures established pursuant to paragraph 3927(b).

(e) A utility shall have access to a qualifying facility to conduct an inspection pursuant to paragraph 3927(d).

(f) A utility shall have access to a qualifying facility to conduct an inspection pursuant to paragraph 3927(e).

**3918. Coordination of Circuit Protection Equipment.**

(a)  Prior to interconnection and at the earliest time possible after a qualifying facility provides its complete design information, but in no event later than 25 days after submission of complete design information, a utility shall provide a written statement to the qualifying facility as to whether the utility's circuit protection equipment can accommodate the equipment of the qualifying facility.

(b)  A utility shall evaluate the effects of a proposed interconnection, together with the aggregate effects of all other interconnections, on the utility's installed circuit protection equipment. Costs of the evaluation shall be an interconnection cost paid by the qualifying facility. (c)   As part of normal planning, a utility shall evaluate the interaction between a qualifying facility's operations and the utility's installed circuit protection equipment. The cost of evaluation shall be an interconnection cost of the qualifying facility.

(d)  If the design of a qualifying facility causes replacement or significant re-coordination of the utility's circuit protection equipment, or if the design reasonably can be expected to require extraordinary operation of the utility's installed protection equipment, the utility shall not interconnect with the qualifying facility.  The utility shall decline to interconnect until either the design has been modified to eliminate the problems or specific modified designs for the interconnection are established.  Replacement and re-coordination costs shall be an interconnection cost of the qualifying facility.

(e)  A qualifying facility shall provide the utility with a description of the qualifying facility's electrical and mechanical equipment sufficient for the utility to determine the safety and adequacy of its installed service drops and supply equipment.  The qualifying facility shall provide this information at the time it submits its design information to the utility.

**3919. Installation of Protective Equipment by a Qualifying Facility to Accommodate Protection Equipment of a Utility.**

(a)  Within 25 days after a qualifying facility submits its complete design information, a utility shall notify the qualifying facility of any necessity to install protective equipment to accommodate the utility's system protection equipment.

(b)  Such notification shall be made in writing and shall list the specific types of protective equipment required and the operations of the utility which necessitate protection.

(c)  The qualifying facility shall be responsible for installing protective equipment to accommodate the utility's system protection equipment.  The cost of this installation shall be an interconnection cost of the qualifying facility.

(d)  A utility shall not be responsible for the effects on a qualifying facility's equipment and systems that are caused by the utility's system or equipment.

**3920.  Grounding Qualifying Facility Equipment.**

(a) A utility shall establish grounding practices that are commensurate with those in the area, taking into consideration soil conditions, the nature of other loads in the area, and the utility's experience.  Grounding practices shall be consistent with applicable national, state, and local codes.

(b) A qualifying facility shall ground all equipment to meet governmental codes and the utility's requirements.

(c) A utility shall advise, in writing, a qualifying facility of its grounding requirements within 25 days after the qualifying facility submits its complete design information.

(d) If the grounding of a qualifying facility's equipment degrades safety, necessitating improvements or modifications of the interconnection, the utility shall have the right to approve the improvements or modifications made to the interconnection to assure that they are sufficient to address the safety issue caused by the degradation.  The qualifying facility shall bear the responsibility for and the cost of such improvements or modifications.

(e) In the event that grounding of a qualifying facility causes electro-magnetic interference with telephone service, radio or television reception, or the operation of other electrical devices, the qualifying facility shall make the necessary grounding modifications to remove such interference.  The cost of such modifications shall be an interconnection cost of the qualifying facility.

(f) No qualifying facility shall commence interconnected operations until it obtains written certification that it has complied with all applicable governmental codes and until the utility approves the grounding of the qualifying facility's equipment.

**3921.  Standards for Harmonics and Frequency.**

(a) A utility shall establish non-discriminatory standards for the harmonic content of power and energy generated by qualifying facilities.

(b) No qualifying facility shall commence interconnected operations until it establishes, to the satisfaction of the utility, that it will produce power and energy at a fundamental frequency of 60 HZ and that such power will not exceed the utility's established standards for harmonic content.

(c) A utility shall not be responsible for onsite interference caused by harmonics, failure of motors, interference with telephone service or television or radio reception, and other manifestations of degraded quality of service which are caused by the failure of a qualifying facility to produce power and energy at 60 HZ.

(d) A qualifying facility shall not operate its generators in such a fashion as to impact negatively the utility's or the utility's customers' voltage range or other voltage characteristics.  The qualifying facility shall have adequate voltage regulation and related protective and control equipment as required by the utility.

(e) A qualifying facility shall operate within the utility's power factor and voltage characteristic requirements.

**3922.** **Interconnection at Different Voltage Levels.**

(a) A qualifying facility shall interconnect with a utility at the utility's established voltage level.

(b) An interconnection at a voltage level that requires the utility to install different or additional protective equipment, or that requires the utility to make other modifications of its system, shall be an interconnection cost of the qualifying facility.

**3923.** **Types of Generators and Inverting Equipment.**

(a) A utility shall establish standards to encourage qualifying facilities to use generators that minimize the safety hazard associated with the possibility of reverse power flow during periods of line outages.

(b) A utility shall adopt power factor standards at the point of interconnection.  Such standards shall recognize that a qualifying facility may not produce excessive reactive power during off-peak conditions and may not consume excessive reactive power during on-peak conditions.  The qualifying facility shall be responsible for installing, at its expense, the equipment necessary to maintain power factor requirements.

(c) If a qualifying facility's abnormal power factor causes deleterious effects on a utility's system,, unless otherwise provided by contract, the utility shall correct the deleterious effects on its system at the expense of the qualifying facility.  Deleterious effects on a qualifying facility's system caused by its abnormal power factor shall be corrected by the qualifying facility at its own expense.

**3924.** **System Protection Equipment.**

(a) Prior to interconnection, a qualifying facility shall install protective equipment that will automatically disconnect its generating equipment from a utility's power lines in the event of failure of the qualifying facility's generating equipment, a power line outage, or a nearby system fault.

  (I) The protective equipment, or separate equipment, shall have the ability to isolate the energy generated or supplied by a utility or by a qualifying facility.  The equipment shall be accessible to and by the utility and the qualifying facility.

  (II) A utility shall have the right to operate the protective equipment whenever, in its judgment, it is necessary to maintain safe operating conditions or whenever the operations of a qualifying facility adversely affect the utility's system.

  (III) A qualifying facility shall have the right to operate the protective equipment whenever, in its judgment, it is necessary to maintain safe operating conditions or whenever the operations of a utility adversely affect the qualifying facility's equipment.

(IV) Protective equipment that isolates a qualifying facility's generation shall be lockable by a utility only in the open position.  Equipment that isolates a utility's generation or supply shall be lockable by a qualifying facility only in the open position.  This equipment shall be installed so that there can be visual verification that the equipment is locked in the open position.

(b) Prior to interconnection, a utility shall require a qualifying facility to demonstrate the proper functioning and operation of its protective equipment to the satisfaction of the utility.

(c) A qualifying facility shall install overcurrent protection between major components of all switched interconnections.

(d) A qualifying facility shall install protective relaying equipment to confine the effects of faults, lightning strikes, or other abnormalities and to protect its and a utility's equipment.

(e) Prior to making significant modifications to its equipment, a qualifying facility shall notify a utility with which the QF is interconnected of the proposed modifications.  If a qualifying facility plans to make significant modifications to its equipment, or if future difficulties arise on the systems of the qualifying facility or the utility as a result of the interconnection, the utility may require different or additional protective equipment or may require modifications as a condition of continued interconnected operations.  The cost of such protective equipment or modifications shall be a cost of the qualifying facility.

(f) No specific number of system protective devices is required by this rule.

**3925. Meters.**

(a) A utility shall own, install, and maintain meters and associated metering equipment to measure the generation of a qualifying facility.

(b) A qualifying facility shall supply, at no expense to the utility, a suitable location for the installation of metering equipment.

(c) The cost of meters and associated metering equipment, their installation, and their maintenance shall be an interconnection cost of the qualifying facility.

**3926. Maintenance and Inspection of a Qualifying Facility.**

(a) Prior to interconnection, a qualifying facility shall establish a planned maintenance schedule containing dates, times, and procedures.  No qualifying facility shall commence interconnected operations until the utility approves the proposed maintenance schedule.  The utility shall not withhold approval unreasonably.

(b) A utility shall establish written procedures for inspecting a qualifying facility and shall provide a copy of the procedures to the qualifying facility prior to interconnection.  Inspection procedures may be modified on a case-by-case basis.

(c) A qualifying facility shall keep records of maintenance, and a utility shall keep records of inspections.  Each shall have access to the records of the other.

(d)　　A utility may inspect a qualifying facility, on demand, to determine if the qualifying facility is complying with the previously-approved maintenance schedule and is safely operating all protective equipment.

(e)　　A utility may inspect the qualifying facility and its records, on demand, to determine if the qualifying facility is, or has been, reselling the utility's energy and/or capacity to the utility.

(f)　　Personnel from both a utility and a qualifying facility shall have the right to witness inspections. For inspections to determine safety or the reselling of the utility's energy or capacity to the utility, the utility shall inform the qualifying facility that it intends to inspect the facility. If the qualifying facility declines, the inspection shall be conducted without the presence of qualifying facility personnel. If the qualifying facility fails the inspection, the utility shall have the right to disconnect the qualifying facility from the utility's system until the qualifying facility can demonstrate the proper functioning of the qualifying facility's protection and control equipment to the satisfaction of utility representatives.

**3927.　Disconnection of a Qualifying Facility.**

(a)　　If a utility determines that a qualifying facility has not complied with its maintenance schedule, that a qualifying facility's protective equipment is not operating properly, or that a qualifying facility has been reselling the utility's energy or capacity to the utility, the utility may disconnect the qualifying facility without notice or may give the qualifying facility up to 30-days' notice of disconnection.

(b)　　A notice of disconnection shall inform the qualifying facility of the maintenance to be performed, the operational practices to be modified or terminated, or the repairs to be made to protective equipment to prevent disconnection. To avoid disconnection, the qualifying facility shall comply with all requirements prior to the date of the proposed disconnection. The qualifying facility shall notify the utility when it has complied, at which time the utility shall re-inspect the qualifying facility. If the utility determines that the qualifying facility has complied, the qualifying facility shall not be disconnected. If the utility determines that the qualifying facility has not complied, the qualifying facility shall be disconnected as provided in the notice of disconnection.

(c)　　A utility and a qualifying facility may agree to a reasonable continuance of a disconnection, or to a reconnection where the qualifying facility has been disconnected, if the utility believes that the qualifying facility is making a bona fide effort to comply. If the qualifying facility has been disconnected for reselling the utility's energy and/or capacity to the utility, the agreement shall be conditioned on the qualifying facility's paying the utility for the resold energy and/or capacity.

**3928.　Qualifying Facility to File Generation Schedule.**

A qualifying facility shall provide a utility with a proposed schedule of generation prior to interconnection. The schedule may be used by the utility to coordinate normal maintenance of its distribution facilities, to coordinate its bulk power supplies, or to coordinate regular operations for the safety of maintenance personnel.

**3929. – 3949.　[Reserved].**

**3950. Indemnification and Insurance.**

(a) A utility shall indemnify a qualifying facility against all loss, damage, expense, and liability to third persons for injury or death caused by the utility's ownership, construction, operation, maintenance, or failure of its facilities used in the interconnected operations. The utility, at the request of the qualifying facility, shall defend any suit asserting a claim covered by its indemnification. The utility shall pay all costs incurred by the qualifying facility to enforce this indemnification.

(b) A qualifying facility shall indemnify a utility against all loss, damage, expense, and liability to third persons for injury or death caused by the qualifying facility's ownership, construction, maintenance, or failure of its facilities used in the interconnected operations. The qualifying facility, at the request of the utility, shall defend any suit asserting a claim covered by its indemnification. The qualifying facility shall pay all costs incurred by the utility to enforce this indemnification.

(c) Absent a written agreement to the contrary, a utility and a qualifying facility shall hold each other harmless from liability for all damages caused to the facilities of the other party by reason of the improper or otherwise out of compliance operation of, or non-operation of, their facilities.

(d) A qualifying facility shall obtain liability insurance in an amount the utility determines to be reasonably adequate to protect the public and the utility against damages caused by the interconnected operations. Prior to interconnection, the qualifying facility shall provide the utility with a current, valid certificate of insurance naming the utility as a beneficiary. A utility may waive the right to be named as an additional insured.

**3951. Discontinuance of Sales or Purchases During System Emergencies, and Notice.**

(a) A qualifying facility shall provide energy or capacity to a utility during a system emergency on the utility's system to the extent required by 18 C.F.R. § 292.307.

(b) Unless waived by the utility, a qualifying facility which discontinues sales to or purchases from a utility due to a system emergency:

  (I) shall make a reasonable effort to notify the utility by telephone prior to discontinuance. If the qualifying facility is unable to give prior telephone notice to the utility, the qualifying facility shall notify the utility by telephone no later than two hours after the termination of the emergency. No utility shall be entitled to telephone notification under this rule unless it provides its current telephone number to the qualifying facility; and

  (II) shall give written notice to the utility no later than five days after the termination of the emergency causing the discontinuance. The written notice shall describe the emergency, the duration of the emergency, and the reasons for the discontinuance.

(c)  During a system emergency, a utility may discontinue purchases from a qualifying facility as provided in 18 C.F.R. § 292.307.  Unless waived by the qualifying facility, a utility which discontinues purchases from or sales to a qualifying facility due to a system emergency shall give written notice to the qualifying facility no later than ten days after termination of the emergency causing the discontinuance.  The written notice shall describe the emergency, the duration of the system emergency, and the reasons for the discontinuance.

(d)  As used in this rule, "system emergency" means a condition on a utility's system that is likely to result in imminent and significant disruption of service to customers or that is likely imminently to endanger life or property.

**3952.  Other Discontinuances.**

Within ten days prior to any type of temporary discontinuance of purchases or sales other than one due to a system emergency, the utility or the qualifying facility shall notify the other party, except that this notification shall not be required if the parties previously have agreed upon the discontinuance or if the discontinuance is less than 15 minutes in duration.

**3953.  Exemption of Qualifying Facilities from Certain Colorado Laws and Regulations.**

(a)  A qualifying facility shall be exempt from Colorado law and regulations as provided in 18 C.F.R. § 292.602(c), except that a qualifying facility shall not be exempt from rules 3900 through 3954.

(b)  The exemption provided for in 18 C.F.R. § 292.602(c) shall not divest the Commission of the authority to review contracts for purchases and sales of power and energy under §§ 201 and 210 of the Public Utility Regulatory Policies Act of 1978.

**3954. – 3975.   [Reserved].**

**3976.  Regulated Electric Utility Rule Violations, Civil Enforcement, and Civil Penalties.**

An admission to or Commission adjudication for liability for an intentional violation of the following may result in the assessment of a civil penalty of up to $2,000.00 per offense.   Fines shall accumulate up to, but shall not exceed, the applicable statutory limits set in § 40-7-113.5, C.R.S.

| Citation | Description | Maximum Penalty Per Violation |
|---|---|---|
|  | Articles 1-7 of Title 40, C.R.S. | $2000 |
|  | Commission Order | $2000 |
| Rule 3005(a)-(c);(f) | Records and Record Retention | $2000 |
| Rule 3027(a) | Collection and Use of Customer Data | $1000 |
| Rule 3027(b) | Disclosure of Customer Data | $2000 |