**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-00683-CMA-NYW

**sPower Development Company, LLC**, a Delaware limited liability company,

    Plaintiff,

v.

**Colorado Public Utilities Commission**, a regulatory agency of the State of Colorado;
**Jeffrey P. Ackermann**, in his official capacity as Commissioner and Chairman of the Colorado Public Utilities Commission;
**Frances A. Koncilja**, in her official capacity as Commissioner of the Colorado Public Utilities Commission;
**Wendy M. Moser**, in her official capacity as Commissioner of the Colorado Public Utilities Commission;
**Public Service Company of Colorado**, and
**Black Hills Colorado Electric, Inc.**,

    Defendants.

---

**RESPONSE IN OPPOSITION TO DEFENDANTS' JOINT MOTION
REQUESTING ADMINISTRATIVE CLOSURE**

---

Plaintiff, sPower Development Company, LLC (sPower) respectfully submits this Response in Opposition to Defendants' Joint Motion Requesting Administrative Closure.

On August 22, 2018, sPower filed its Motion to Reset the Rule 16(b) Scheduling Conference [ECF No. 85] (Motion to Reset). Also on August 22, 2018, the Defendants, the Colorado Public Utilities Commission (CoPUC), Public Service Company of Colorado (Public Service) and Black Hills Colorado Electric, Inc. (Black Hills), filed their Joint Motion Requesting Administrative Closure [ECF No. 86] (Defendants' Joint Motion).

sPower opposes the Defendants' request for administrative closure and respectfully requests that the Court deny the request. sPower continues to request that the Court reset the Rule 16(b) Scheduling Conference for November 26, 2018; November 27, 2018; November 28, 2018; November 29, 2018; or November 30, 2018, and that associated obligations to submit a proposed Scheduling Order and make Rule 26(a)(1) disclosures be reset according to the date set for the Scheduling Conference.

sPower explained the reasons that administrative closure is improper in its Motion to Reset and does not wish to repeat those arguments. Simply put, the CoPUC's proposal to amend its Rule 3902(c) does not change the posture of this case, which the Court has already found is ripe for review. Order Adopting the February 22, 2018 Recommendation of United States Magistrate Judge [ECF No. 69], p. 15. Further, not only has the CoPUC not resolved this case by merely proposing to strike the second sentence of Rule 3902(c), Public Service and Black Hills are actively opposing the CoPUC's proposed rule amendment in advocacy before the CoPUC. *See* Attachment A, Public Service's Initial Comments in CoPUC Proceeding No. 18R-0492E, and Attachment B, Black Hills' Initial Comments in CoPUC Proceeding No. 18R-0492E. The Court should not allow Public Service and Black Hills to urge this Court to administratively close this case on the basis of a possible amendment to Rule 3902(c) while at the same time opposing any amendment that might potentially resolve the case.

In the Defendants' Joint Motion, the Defendants suggest in the alternative that, if the Court resets the Scheduling Conference as sPower has requested, that the Court

require the parties to request a status report no later than November 1, 2018. sPower does not oppose the Defendants' alternative suggestion for a status report.

Accordingly, for the reasons stated herein and stated in sPower's Motion to Reset, sPower respectfully requests that the Court reset the Scheduling Conference for November 26, 2018; November 27, 2018; November 28, 2018; November 29, 2018; or November 30, 2018, and that associated obligations to submit a proposed Scheduling Order and make Rule 26(a)(1) disclosures be reset according to the date set for the Scheduling Conference.

DATED:     September 12, 2018

                                         KEYES & FOX LLP and

                                         By: */s/ Scott F. Dunbar*
Kevin T. Fox, California No. 256609
              Oregon No. 052551
              Colorado No. 50835
Scott F. Dunbar, Colorado No. 44521
1580 Lincoln St., Suite 880
Denver, CO 80203
Telephone: (510) 314-8201 (Fox)
Telephone: (720) 216-1184 (Dunbar)
kfox@keyesfox.com
sdunbar@keyesfox.com

## Certificate of Service

I hereby certify that on September 12, 2018 I served a true and complete copy of the foregoing **RESPONSE IN OPPOSITION TO DEFENDANTS' JOINT MOTION REQUESTING ADMINISTRATIVE CLOSURE** electronically using the Court's CM/ECF filing system, which will send notification of such filing to the following email addresses:

sdunbar@kfwlaw.com
kfox@klwlaw.com
erin.mclauthlin@coag.gov
mlarson@wbklaw.com
proselli@wbklaw.com
marie.ruettgers@blackhillscorp.com
tyler.mansholt@blackhillscorp.com

*/s/ Scott F. Dunbar*